BRYAN SCHRODER
United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>DUSTIN ROBERT NOONAN,<br><br>                Defendant. | No. 3:20-cr-00053-TMB-MMS<br><br>COUNT 1:<br>FELON IN POSSESSION OF FIREARMS AND AMMUNITION<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>  Vio. of 18 U.S.C. § 924(d)(1) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about June 12-13, 2020, within the District of Alaska, the defendant, DUSTIN ROBERT NOONAN, knowing that he had been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting

interstate and foreign commerce, a firearm, to wit: a Springfield Arms XD5 .45 caliber semi-automatic pistol.

## Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| April 18, 2018 | Possession of a Controlled Substance with Intent to Deliver | North Dakota North Central Judicial District | 51-2017-CR-02515 |
| April 18, 2018 | Possession of a Controlled Substance with Intent to Deliver | North Dakota North Central Judicial District | 51-2017-CR-02515 |
| March 5, 2007 | Possession of a Controlled Substance | 13th Judicial Circuit Court for Hillsborough County, Florida | 06-CF-002956 |
| March 5, 2007 | Robbery with a Firearm or Deadly Weapon | 13th Judicial Circuit Court for Hillsborough County, Florida | 06-CF-019335 |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of Count 1 of this Indictment, the defendant, DUSTIN ROBERT NOONAN, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in and used in the knowing commission of the offense, including, but not limited to, the following:

1. One Springfield Arms XD5 .45 caliber semi-automatic pistol, serial number S3165876, and any associated ammunition.

//

//

Page 2 of 3
Case 3:20-cr-00053-TMB-MMS   Document 2   Filed 07/22/20   Page 2 of 3

All pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Christopher D. Schroeder
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
United States of America


s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America


Date: July 21, 2020